**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOROTHY JONES,

                Plaintiffs,

       -against-                                22 **CIVIL** 09786 (ALC)

                                                   **JUDGMENT**

SOCIAL SECURITY ADMINISTRATION and
JANE DOE,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 3, 2025, the Defendant's motion is GRANTED and the case is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when they seek review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:**  New York, New York

       March 4, 2025

                                          **TAMMI M. HELLWIG**
                                          **Clerk of Court**

             **BY:**

                           _____
                                    **Deputy Clerk**